

MAWULI MEL. DAVIS
ROBERT O. BOZEMAN
HAROLD W. SPENCE
ROODGINE D. BRAY

DIRECT DIAL: 404-446-2834

DIRECT FAX: 404-244-2020

June 28, 2021

<u>VIA CM/ECF FILING:</u>
Jordan Holder, Courtroom Deputy Clerk
Honorable Thomas W. Thrash, Jr.
United States District Judge
2188 Richard B. Russell Federal Building and United States Courthouse
75 Ted Turner Drive, S.W.
Atlanta, Georgia 30303-3309

  RE: **REQUEST FOR LEAVE OF ABSENCE**
     <u>Taniyah Pilgrim and Messiah Young v. City of Atlanta, et al.</u>
     USDC – Northern District of Georgia – Atlanta Division
     Case No. 1:21-cv-02472-TWT

Dear Ms. Holder,

  Please accept this letter pursuant to Local Rule 83.1 E (3) in regards to leaves of absence for less than twenty-one (21) days. I am counsel for Plaintiff in the above-referenced case, and request the referenced case not be calendared during the periods set forth below, as I will be away from the practice of law for family vacation. No hearings are currently scheduled or anticipated.

    **July 1, 2021 through July 6, 2021;**

    **September 6, 2021 through September 15, 2021;**

    **November 22, 2021 through November 26, 2021; and**

**December 21, 2021 through December 28, 2021.**

Thank you for your consideration in this matter. Please let me know if I need to provide the Court with any additional information.

Respectfully submitted,

*/s/ Harold W. Spence*
Harold W. Spence, Esq.
Georgia Bar No. 671150

HWS/dd
cc: All counsel (via electronic filing)