UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TANIYAH PILGRIM and MESSIAH YOUNG, ) ) ) Plaintiffs, ) ) CITY OF ATLANTA, GEORGIA; ) KEISHA LANCE BOTTOMS, in her ) individual and official capacity as the ) Mayor of the City of Atlanta; LONNIE ) HOOD, in his individual and ) supervisory capacity; MARK ) GARDNER, in his individual capacity; ) IVORY STREETER, in his individual ) capacity; ARMON JONES, in his ) individual capacity; WILLIE T. SAULS, ) JR., in his individual capacity; ) ROLAND CLAUD, in his individual ) Capacity; CARLOS SMITH, in his ) individual capacity; STEVEN ) MCKESEY, in his individual capacity; ) SHELDON DRINKARD, in his ) individual capacity; and JOHN DOE ) OFFICERS 1-10, in their respective ) individual and/or supervisory ) capacities ) ) Defendants. ) | CIVIL ACTION FILE NO. 1:21-cv-02472-TWT |

## **NOTICE OF MANUAL FILING**

COMES NOW, Defendant Lonnie Hood, and hereby manually files certified

copy of video footage from Defendant Hood's body worn camera (BWC), as well

as the footage from the BWC of Defendants Steven McKesey, Ivory Streeter, Sheldon Drinkard, and Armon Jones, as referenced in his Answer and Defenses, and all of which are attached hereto as Exhibits A, B, C, D and E respectively.

Respectfully this 12th day of August, 2021.

                                  CAROTHERS & MITCHELL, LLC

                                  */s/ Thomas M. Mitchell*

                                  _____
                                  THOMAS M. MITCHELL
                                  Georgia Bar No. 513597

                                  Attorneys for Defendant Lonnie Hood

1809 Buford Highway
Buford, GA  30518
(770) 932-3552
(770) 932-6348 FAX
richard.carothers@carmitch.com
thomas.mitchell@carmitch.com
angela.couch@carmitch.com
karen.thomas@carmitch.com

-

-3-

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TANIYAH PILGRIM and MESSIAH YOUNG, )<br>)<br>Plaintiffs, )<br>)<br>CITY OF ATLANTA, GEORGIA; )<br>KEISHA LANCE BOTTOMS, in her )<br>individual and official capacity as the )<br>Mayor of the City of Atlanta; LONNIE )<br>HOOD, in his individual and )<br>supervisory capacity; MARK )<br>GARDNER, in his individual capacity; )<br>IVORY STREETER, in his individual )<br>capacity; ARMON JONES, in his )<br>individual capacity; WILLIE T. SAULS, )<br>JR., in his individual capacity; )<br>ROLAND CLAUD, in his individual )<br>Capacity; CARLOS SMITH, in his )<br>individual capacity; STEVEN )<br>MCKESEY, in his individual capacity; )<br>SHELDON DRINKARD, in his )<br>individual capacity; and JOHN DOE )<br>OFFICERS 1-10, in their respective )<br>individual and/or supervisory )<br>capacities )<br>)<br>Defendants. ) | CIVIL ACTION<br><br>FILE NO. 1:21-cv-02472-TWT |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically submitted the foregoing **NOTICE OF MANUAL FILING** to the Clerk of Court using the CM/ECF system

-3-

-

which will automatically send electronic mail notification of such filing to counsel of record who are CM/ECF participants.  Counsel of record are:

Harold W. Spence, Esq.
Mawuli M. Davis, Esq.
Davis Bozeman Law Firm, P.C.
4153 – C Flat Shoals Parkway
Suite 332
Decatur, GA  30034
hspence@davisbozemanlaw.com
mdavis@davisbozemanlaw.com

L. Chris Stewart, Esq.
Stewart Miller Simmons
55 Ivan Allen Jr. Blvd.
Suite 700
Atlanta, GA  30308
cstewart@smstrial.com

R. David Ware, Esq.
Phillip E. Friduss, Esq.
Russell A. Britt, Esq.
Pearson K. Cunningham, Esq.
Hall Booth Smith, P.C.
191 Peachtree Street, NE
Suite 2900
Atlanta, GA  30303
dware@hallboothsmith.com
rbritt@hallboothsmith.com
pcunningham@hallboothsmith.com

I further certify pursuant to L.R. 7.1D that the above-titled document complies with L.R. 5.1B and was prepared using a 14 point Times New Roman font.

-4-

-

This 12th day of August, 2021.

                                                                             CAROTHERS & MITCHELL, LLC

                                                                             */s/ Thomas M. Mitchell*
                                                                             _____
                                                                             THOMAS M. MITCHELL
                                                                             Georgia Bar No. 513597
                                                                             Attorneys for Defendant Lonnie Hood

1809 Buford Highway
Buford, GA  30518
T:  (770) 932-3552

-