# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| TANIYAH PILGRIM AND MESSIAH YOUNG,<br><br>  Plaintiffs,<br><br>v.<br><br>CITY OF ATLANTA, GEORGIA; KEISHA LANCE BOTTOMS, in her individual and official capacity as the Mayor of the City of Atlanta; LONNIE HOOD, in his individual and supervisory capacity; MARK GARDNER, in his individual capacity; IVORY STREETER, in his individual capacity; ARMON JONES, in his individual capacity; WILLIE T. SAULS, JR., in his individual capacity; ROLAND CLAUD, in his individual capacity, CARLOS SMITH, in his individual capacity; STEVEN MCKESEY, in his individual capacity; SHELDON DRINKARD, in his individual capacity; and JOHN DOE OFFICERS 1-10, in their respective individual and/or supervisory capacities,<br><br>  Defendants. | CIVIL ACTION<br>FILE NO. 1:21-cv-02472-TWT |

**DEFENDANTS CITY OF ATLANTA, GEORGIA AND KEISHA LANCE BOTTOMS IN HER INDIVIDUAL AND OFFICIAL CAPACITY AS MAYOR OF THE CITY OF ATLANTA'S MOTION TO STAY PROCEEDINGS AND BRIEF IN SUPPORT**

COME NOW CITY OF ATLANTA, GEORGIA and KEISHA LANCE BOTTOMS, individually, and in her official capacity as the Mayor of the City of Atlanta, Defendants in the above-styled case, and move for a stay of the proceedings in this case pending adjudication of their Motion to Dismiss, showing this Honorable Court as follows:

The City of Atlanta and Mayor Bottoms moved to dismiss Plaintiffs' claims against them for lack of subject matter jurisdiction and for failure to state a claim upon which relief can be granted. Mayor Bottoms also asserted that she is entitled to absolute and/or qualified immunity. A ruling in favor of the City of Atlanta and Mayor Bottoms would resolve all claims against them, thus making discovery unnecessary. In order to avoid the potentially unnecessary cost and burden of litigation, these Defendants ask that these proceedings and all discovery, be stayed pending a ruling on these Defendants' pre-answer Motion to Dismiss.

Qualified immunity "seeks to protect government officials from the cost of trial and the burdens of broad reaching discovery." *Caraballo-Sandoval v. R.E. Honsted*, 35 F.3d 521, 524 (11th Cir. 1994) (affirming stay of discovery until district court decided the issue of qualified immunity). The Supreme Court has set forth that the purpose of qualified immunity, and any other applicable immunity defense, is not only protection from civil damages, but also to protect defendants from the rigors of litigation itself, including discovery. *Mitchell v. Forsyth*, 472

U.S. 511, 526 (1985); *Harlow v. Fitzgerald*, 457 U.S. 800, 816 (1982).  "[O]ne of the purposes of the *Harlow* qualified immunity standard it to protect public officials from the 'broad-ranging discovery' that can be 'particularly disruptive of effective government.'"  *Anderson v. Creighton*, 483 U.S. 635, 646 (1987) (quoting *Harlow*, 457 U.S. at 817).

The Supreme Court reiterated its adherence to this principle in *Ashcroft v. Iqbal*, stating that "[t]he basic thrust of the qualified immunity doctrine is to free officials from the concerns of litigation, including 'avoidance of disrupted discovery.'"  556 U.S. 662, 685 (2009) (quoting *Siegert v. Gilly*, 500 U.S. 226, 236 (1991)).  Forcing these Defendants into the rigors of discovery before this Court can rule on the issue of immunity is wasteful and prejudicial and otherwise eliminates the benefit of immunity.

Federal Rule of Civil Procedure 26(d) gives the Court broad discretion to alter the sequence of discovery "for the convenience of the parties . . . and in the interests of justice."  Fed. R. Civ. P. 26(d).  *See also Panola Land Buyers Ass'n v. Shuman*, 762 F.2d 1550, 1558-59 (11th Cir. 1985) (district court has "broad discretion to stay discovery until the district court rules on a pending dispositive motion").  The Court should stay all discovery in the interests of efficiency and justice through its powers in Fed. R. Civ. P. 26 and issue a stay relieving Defendants from having to exert any additional resources pending a ruling on their

pre-answer Motion to Dismiss. *See Patterson v. United States Postal Serv.*, 901 F.2d 927, 929 (11th Cir. 1990) (trial court properly stayed discovery pending ruling on motion to dismiss); *Chudasama v. Mazda Motor Corp.*, 123 F.3d 1353, 1367 (11th Cir. 1997) (holding "facial challenges to the legal sufficiency of the claim or defense, such as a motion to dismiss based on failure to state a claim for relief, should be resolved before discovery begins").

The City of Atlanta and Mayor Bottoms have moved to dismiss all claims against them, and an order staying these proceeding will protect them from the burden of responding to potentially unnecessary discovery should the motion be granted.  Even if the Court only grants part of these Defendants' pre-answer Motion to Dismiss, it will narrow the focus of the case and establish the proper scope of discovery for any remaining claims.  Litigation efficiency does not infringe on any party's rights.  Therefore, the City of Atlanta and Mayor Bottoms request that these proceedings be stayed.

## **CONCLUSION**

For the foregoing reasons, these Defendants respectfully request the Court stay the proceedings in this matter until their pre-answer Motion to Dismiss is adjudicated.

Respectfully submitted this 12th day of August, 2021.

|  | **HALL BOOTH SMITH, P.C.** |
|---|---|
|  | */s/ R. David Ware* |
|  | */s/ Phillip E. Friduss* |
| 191 Peachtree Street. N.E. | R. DAVID WARE |
| Suite 2900 | Georgia Bar No. 737756 |
| Atlanta, Georgia 30303 | PHILLIP E. FRIDUSS |
| Tel:   (404) 954-5000 | Georgia Bar No. 277220 |
| Fax:  (404) 954-5020 | RUSSELL A. BRITT |
| Email: dware@hallboothsmith.com | Georgia Bar No. 473664 |
|         pfriduss@hallboothsmith.com |  |
|         rbritt@hallboothsmith.com | *Counsel for Defendant City of Atlanta, Georgia and Keisha Lance Bottoms* |

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| TANIYAH PILGRIM AND MESSIAH YOUNG,<br><br>   Plaintiffs,<br><br>v.<br><br>CITY OF ATLANTA, GEORGIA; KEISHA LANCE BOTTOMS, in her individual and official capacity as the Mayor of the City of Atlanta; LONNIE HOOD, in his individual and supervisory capacity; MARK GARDNER, in his individual capacity; IVORY STREETER, in his individual capacity; ARMON JONES, in his individual capacity; WILLIE T. SAULS, JR., in his individual capacity; ROLAND CLAUD, in his individual capacity, CARLOS SMITH, in his individual capacity; STEVEN MCKESEY, in his individual capacity; SHELDON DRINKARD, in his individual capacity; and JOHN DOE OFFICERS 1-10, in their respective individual and/or supervisory capacities,<br><br>   Defendants. | CIVIL ACTION<br>FILE NO. 1:21-cv-02472-TWT |

# CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy **DEFENDANTS CITY OF ATLANTA, GEORGIA AND KEISHA LANCE BOTTOMS IN HER INDIVIDUAL AND OFFICIAL CAPACITY AS MAYOR OF THE CITY OF ATLANTA'S MOTION TO STAY PROCEEDINGS AND BRIEF IN SUPPORT** electronically with the Clerk of Court using the CM/ECF system, which will send an electronic notification of such filing to the following:

| | |
|---|---|
| Larry Christopher Stewart, Esq.<br>Stewart Miller Simmons<br>55 Ivan Allen Jr. Blvd., NW<br>Suite 700<br>Atlanta, Georgia 30308<br>cstewart@stewarttrial.com | Mawuli Melvyn Malcolm Davis, Esq.<br>Harold W. Spence, Esq.<br>Davis Bozeman Law Firm, PC<br>4153-C Flat Shoals Parkway, Ste. 332<br>Decatur, Georgia 30034<br>mdavis@davisbozemanlaw.com<br>hspence@davisbozemanlaw.com |
| Thomas E. Mitchell<br>Carothers & Mitchell, LLC<br>1809 Buford Highway<br>Buford, Georgia 30518<br>thomas.mitchell@carmitch.com | |

This 12th day of August, 2021.

| | |
|---|---|
| | **HALL BOOTH SMITH, P.C.**<br>*/s/ R. David Ware*<br>*/s/ Phillip E. Friduss* |
| 191 Peachtree Street. N.E.<br>Suite 2900<br>Atlanta, Georgia 30303<br>Tel: (404) 954-5000<br>Fax: (404) 954-5020<br>Email: dware@hallboothsmith.com<br>  pfriduss@hallboothsmith.com<br>  rbritt@hallboothsmith.com | R. DAVID WARE<br>Georgia Bar No. 737756<br>PHILLIP E. FRIDUSS<br>Georgia Bar No. 277220<br>RUSSELL A. BRITT<br>Georgia Bar No. 473664<br><br>*Counsel for Defendant City of Atlanta, Georgia and Keisha Lance Bottoms* |