**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

TANIYAH PILGRIM AND
MESSIAH YOUNG,

      Plaintiffs,

v.

CITY OF ATLANTA, GEORGIA;
KEISHA LANCE BOTTOMS, in
her individual and official capacity
as the Mayor of the City of Atlanta;
LONNIE HOOD, in his individual
and supervisory capacity; MARK
GARDNER, in his individual
capacity; IVORY STREETER, in
his individual capacity; ARMON
JONES, in his individual capacity;
WILLIE T. SAULS, JR., in his
individual capacity; ROLAND
CLAUD, in his individual capacity,
CARLOS SMITH, in his individual
capacity; STEVEN MCKESEY, in
his individual capacity; SHELDON
DRINKARD, in his individual
capacity; and JOHN DOE
OFFICERS 1-10, in their respective
individual and/or supervisory
capacities,

      Defendants.

CIVIL ACTION
FILE NO. 1:21-cv-02472-TWT

**DEFENDANTS CITY OF ATLANTA, GEORGIA AND KEISHA LANCE
BOTTOMS IN HER INDIVIDUAL AND OFFICIAL CAPACITY AS
MAYOR OF THE CITY OF ATLANTA'S MOTION TO TAKE
JUDICIAL NOTICE**

COME NOW CITY OF ATLANTA, GEORGIA and KEISHA LANCE BOTTOMS, individually, and in her official capacity as Mayor of the City of Atlanta, Defendants in the above-styled case, and move this Honorable Court under Federal Rules of Evidence Rule 201(c)(2) to take judicial notice of certain facts regarding the demonstrations in response to the killing of George Floyd in 2020 (specified below) and Executive Order 2020-92.

IN SUPPORT of this motion, these Defendants state that the subject facts are "generally known within the trial court's territorial jurisdiction" and both the facts and Executive Order 2020-92 "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned."  FRE 201(b).  The court "must take judicial notice if a party requests it and the court is supplied with the necessary information."  FRE 201(c)(2).

1.

These Defendants request that this Court take judicial notice of the facts contained in the Introduction section of its Brief in Support of Defendants City of Atlanta, Georgia and Keisha Lance Bottoms, in her individual and official capacity as mayor of the City of Atlanta's Motion to Dismiss.  These facts relate to the demonstrations across the country and in the City of Atlanta in response to the killing of George Floyd on May 25, 2020.  All of these facts are generally known within this Court's territorial jurisdiction.  Furthermore, these facts are supported

by citations to various articles in different publications, whose accuracy cannot be reasonably questioned.

Although the Motion to Dismiss does not hinge on the admissibility or judicial notice of these facts, the facts illuminate the story and background behind Plaintiffs' claims and Defendants' defenses.  The circumstances surrounding this matter greatly impacted the entire nation and the Atlanta community in 2020.  As is apparent from the citations, these events were consistently in the news and thus citizens within this Court's territorial jurisdiction were well-aware of these facts. Therefore, the City of Atlanta and Mayor Bottoms respectfully request that this Court take judicial notice of the aforementioned facts.

2.

City of Atlanta and Mayor Bottoms also ask that this Court take judicial notice of Executive Order 2020-92.  A true and accurate copy of Executive Order 2020-92 is attached to this Motion.  Executive Order 2020-92 can easily be obtained from the City of Atlanta's City Council's website.  It is stamp-filed by the Municipal Clerk and created and maintained in the normal course of the City of Atlanta's business.

Executive Order 2020-92 is the subject of Plaintiffs' § 1983 claims against Mayor Bottoms and the City of Atlanta contained in Count VI.  (Complaint, ¶¶ 112-123).   Plaintiffs' Complaint actually quotes Executive Order 2020-92.

(Complaint, ¶ 118).   However, Executive Order 2020-92 is not attached to Plaintiffs' Complaint.  The language of the executive order is crucial to Plaintiffs' claim and also these Defendants' Motion to Dismiss.  Therefore, the City of Atlanta and Mayor Bottoms respectfully request that this Court take judicial notice of Executive Order 2020-92.

WHEREFORE, the City of Atlanta and Mayor Bottoms respectfully request that this Honorable Court grant this Motion by taking judicial notice of the facts contained in the Introduction section of its Brief in Support of Defendants City of Atlanta, Georgia and Keisha Lance Bottoms, in her individual and official capacity as mayor of the City of Atlanta's Motion to Dismiss and Executive Order 2020-92.

Respectfully submitted this 12th day of August, 2021.

|  |  |
|---|---|
|  | **HALL BOOTH SMITH, P.C.** |
|  | */s/ R. David Ware* |
|  | */s/ Phillip E. Friduss* |
| 191 Peachtree Street. N.E. | R. DAVID WARE |
| Suite 2900 | Georgia Bar No. 737756 |
| Atlanta, Georgia 30303 | PHILLIP E. FRIDUSS |
| Tel:   (404) 954-5000 | Georgia Bar No. 277220 |
| Fax:   (404) 954-5020 | RUSSELL A. BRITT |
| Email: dware@hallboothsmith.com | Georgia Bar No. 473664 |
|          pfriduss@hallboothsmith.com |  |
|          rbritt@hallboothsmith.com | *Counsel for Defendant City of Atlanta, Georgia and Keisha Lance Bottoms* |

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| TANIYAH PILGRIM AND MESSIAH YOUNG,<br><br>     Plaintiffs,<br><br>v.<br><br>CITY OF ATLANTA, GEORGIA; KEISHA LANCE BOTTOMS, in her individual and official capacity as the Mayor of the City of Atlanta; LONNIE HOOD, in his individual and supervisory capacity; MARK GARDNER, in his individual capacity; IVORY STREETER, in his individual capacity; ARMON JONES, in his individual capacity; WILLIE T. SAULS, JR., in his individual capacity; ROLAND CLAUD, in his individual capacity, CARLOS SMITH, in his individual capacity; STEVEN MCKESEY, in his individual capacity; SHELDON DRINKARD, in his individual capacity; and JOHN DOE OFFICERS 1-10, in their respective individual and/or supervisory capacities,<br><br>     Defendants. | CIVIL ACTION<br>FILE NO. 1:21-cv-02472-TWT |

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a copy **DEFENDANTS CITY OF ATLANTA, GEORGIA AND KEISHA LANCE BOTTOMS IN HER INDIVIDUAL AND OFFICIAL CAPACITY AS MAYOR OF THE CITY OF ATLANTA'S MOTION TO TAKE JUDICIAL NOTICE** electronically with the Clerk of Court using the CM/ECF system, which will send an electronic notification of such filing to the following:

| | |
|---|---|
| Larry Christopher Stewart, Esq.<br>Stewart Miller Simmons<br>55 Ivan Allen Jr. Blvd., NW<br>Suite 700<br>Atlanta, Georgia  30308<br>cstewart@stewarttrial.com | Mawuli Melvyn Malcolm Davis, Esq.<br>Harold W. Spence, Esq.<br>Davis Bozeman Law Firm, PC<br>4153-C Flat Shoals Parkway, Ste. 332<br>Decatur, Georgia  30034<br>mdavis@davisbozemanlaw.com<br>hspence@davisbozemanlaw.com |
| Thomas E. Mitchell<br>Carothers & Mitchell, LLC<br>1809 Buford Highway<br>Buford, Georgia 30518<br>thomas.mitchell@carmitch.com | |

This 12th day of August, 2021.

191 Peachtree Street. N.E.
Suite 2900
Atlanta, Georgia 30303
Tel:   (404) 954-5000
Fax:   (404) 954-5020
Email: dware@hallboothsmith.com
          pfriduss@hallboothsmith.com
          rbritt@hallboothsmith.com

**HALL BOOTH SMITH, P.C.**
*/s/ R. David Ware*
*/s/ Phillip E. Friduss*
R. DAVID WARE
Georgia Bar No. 737756
PHILLIP E. FRIDUSS
Georgia Bar No. 277220
RUSSELL A. BRITT
Georgia Bar No. 473664

*Counsel for Defendant City of Atlanta, Georgia and Keisha Lance Bottoms*