UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TANIYAH PILGRIM and ) <br> MESSIAH YOUNG, ) <br> ) <br>    Plaintiffs, ) <br> ) <br> CITY OF ATLANTA, GEORGIA; ) <br> KEISHA LANCE BOTTOMS, in her ) <br> individual and official capacity as the ) <br> Mayor of the City of Atlanta; LONNIE ) <br> HOOD, in his individual and ) <br> supervisory capacity; MARK ) <br> GARDNER, in his individual capacity; ) <br> IVORY STREETER, in his individual ) <br> capacity; ARMON JONES, in his ) <br> individual capacity; WILLIE T. SAULS, ) <br> JR., in his individual capacity; ) <br> ROLAND CLAUD, in his individual ) <br> Capacity; CARLOS SMITH, in his ) <br> individual capacity; STEVEN ) <br> MCKESEY, in his individual capacity; ) <br> SHELDON DRINKARD, in his ) <br> individual capacity; and JOHN DOE ) <br> OFFICERS 1-10, in their respective ) <br> individual and/or supervisory ) <br> capacities ) <br> ) <br>    Defendants. ) | CIVIL ACTION <br><br> FILE NO. 1:21-cv-02472-TWT |

## NOTICE OF MANUAL FILING

COMES NOW, Defendant Roland Claud, and hereby manually files a copy

of video footage from Defendant Claud's body worn camera (BWC), pertaining to

the events that are the subject of the Complaint filed in this matter, and which is attached hereto as Exhibit A.

Respectfully this 6th day of October, 2021.

                                                                CAROTHERS & MITCHELL, LLC

                                                                */s/ Thomas M. Mitchell*
                                                                _____
                                                                THOMAS M. MITCHELL
                                                               Georgia Bar No. 513597

                                                               Attorneys for Defendant Roland Claud

1809 Buford Highway
Buford, GA  30518
(770) 932-3552
(770) 932-6348 FAX
richard.carothers@carmitch.com
thomas.mitchell@carmitch.com
angela.couch@carmitch.com
karen.thomas@carmitch.com

-



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| TANIYAH PILGRIM and<br>MESSIAH YOUNG,<br><br>    Plaintiffs,<br><br>CITY OF ATLANTA, GEORGIA;<br>KEISHA LANCE BOTTOMS, in her<br>individual and official capacity as the<br>Mayor of the City of Atlanta; LONNIE<br>HOOD, in his individual and<br>supervisory capacity; MARK<br>GARDNER, in his individual capacity;<br>IVORY STREETER, in his individual<br>capacity; ARMON JONES, in his<br>individual capacity; WILLIE T. SAULS,<br>JR., in his individual capacity;<br>ROLAND CLAUD, in his individual<br>Capacity; CARLOS SMITH, in his<br>individual capacity; STEVEN<br>MCKESEY, in his individual capacity;<br>SHELDON DRINKARD, in his<br>individual capacity; and JOHN DOE<br>OFFICERS 1-10, in their respective<br>individual and/or supervisory<br>capacities<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION<br><br>FILE NO. 1:21-cv-02472-TWT |

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically submitted the foregoing

**NOTICE OF MANUAL FILING** to the Clerk of Court using the CM/ECF system

-

which will automatically send electronic mail notification of such filing to counsel of record who are CM/ECF participants.  Counsel of record are:

Harold W. Spence, Esq.
Mawuli M. Davis, Esq.
Davis Bozeman Law Firm, P.C.
4153 – C Flat Shoals Parkway
Suite 332
Decatur, GA  30034
hspence@davisbozemanlaw.com
mdavis@davisbozemanlaw.com

L. Chris Stewart, Esq.
Stewart Miller Simmons
55 Ivan Allen Jr. Blvd.
Suite 700
Atlanta, GA  30308
cstewart@smstrial.com

R. David Ware, Esq.
Phillip E. Friduss, Esq.
Russell A. Britt, Esq.
Pearson K. Cunningham, Esq.
Hall Booth Smith, P.C.
191 Peachtree Street, NE
Suite 2900
Atlanta, GA  30303
dware@hallboothsmith.com
rbritt@hallboothsmith.com
pcunningham@hallboothsmith.com

I further certify pursuant to L.R. 7.1D that the above-titled document complies with L.R. 5.1B and was prepared using a 14 point Times New Roman font.

-

This 6th day of October, 2021.

        CAROTHERS & MITCHELL, LLC

        */s/ Thomas M. Mitchell*
        _____
        THOMAS M. MITCHELL
        Georgia Bar No. 513597
        Attorneys for Defendant Roland Claud

1809 Buford Highway
Buford, GA 30518
T: (770) 932-3552