UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| TANIYAH PILGRIM and MESSIAH YOUNG, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| CITY OF ATLANTA, GEORGIA; KEISHA LANCE BOTTOMS, in her individual and official capacity as the Mayor of the City of Atlanta; LONNIE HOOD, in his individual and supervisory capacity; MARK GARDNER, in his individual capacity; IVORY STREETER, in his individual capacity; ARMON JONES, in his individual capacity; WILLIE T. SAULS, JR., in his individual capacity; ROLAND CLAUD, in his individual Capacity; CARLOS SMITH, in his individual capacity; STEVEN MCKESEY, in his individual capacity; SHELDON DRINKARD, in his individual capacity; and JOHN DOE OFFICERS 1-10, in their respective individual and/or supervisory capacities | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL ACTION FILE NO. 1:21-cv-02472-TWT |
| Defendants. | ) | |

**JOINT MOTION REGARDING MOTION TO STAY [Doc. 70]
AND RESPONSE TO MOTION TO STAY [Doc. 75]**

Defendants, Lonnie Hood, Mark Gardner, Ivory Streeter, Armon Jones, Willie

T. Sauls, Jr., Roland Claud, Carlos Smith, Steven McKesey, and Sheldon Drinkard,

in their individual capacities, filed a Motion to Stay [Doc. 70] the proceedings pending the outcome of criminal charges pending against six (6) of the individual officers, specifically, Mark Gardner, Ivory Streeter, Lonnie Hood, Roland Claud, Willie T. Sauls, Jr. and Armon Jones. The Plaintiffs have responded [Doc. 75] objecting to an indefinite stay, but suggesting the following procedure in lieu thereof.

1. The matter will be stayed as to the individual Defendants for a period of 120 days.

2. Ninety (90) days from the entry of this order, Plaintiffs and the Defendant Officers will file a joint report as to the status of the criminal proceedings.

3. If the criminal matters remain pending, the parties shall have 15 days from that joint report to submit in writing their respective positions as to whether the stay should remain in effect or be lifted.

4. The stay will expire one hundred twenty 120 days after entry of this order unless extended by order of the Court.

Defendants are in agreement as to this procedure.

These parties therefore respectfully request that the Court enter the proposed order submitted herewith.

Respectfully this 10th day of November, 2021.

CAROTHERS & MITCHELL, LLC

*/s/ Thomas M. Mitchell*

_____
RICHARD A. CAROTHERS
Georgia Bar No. 111075
THOMAS M. MITCHELL
Georgia Bar No. 513597

ANGELA C. COUCH
Georgia Bar No. 190005
KAREN G. THOMAS
Georgia Bar No. 295330
Attorneys for Defendants Lonnie
Hood, Mark Gardner, Ivory Streeter, Armon
Jones, Willie T. Sauls, Jr., Roland Claud,
Carlos Smith, Steven McKesey, and
Sheldon Drinkard

1809 Buford Highway
Buford, GA   30518
(770) 932-3552
(770) 932-6348 FAX
richard.carothers@carmitch.com
thomas.mitchell@carmitch.com
angela.couch@carmitch.com
karen.thomas@carmitch.com

Consented to by:

DAVIS BOZEMAN LAW FIRM, P.C.

*/s/ Harold W. Spence*
_____
HAROLD W. SPENCE
Georgia Bar No. 671150
MAWULI M. DAVIS
Georgia Bar No. 212029

4153 – C Flat Shoals Parkway
Suite 332
Decatur, GA   30034
(404) 244-2004
(404) 244-2020 FAX

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| TANIYAH PILGRIM and<br>MESSIAH YOUNG,<br><br>    Plaintiffs,<br><br>CITY OF ATLANTA, GEORGIA;<br>KEISHA LANCE BOTTOMS, in her<br>individual and official capacity as the<br>Mayor of the City of Atlanta; LONNIE<br>HOOD, in his individual and<br>supervisory capacity; MARK<br>GARDNER, in his individual capacity;<br>IVORY STREETER, in his individual<br>capacity; ARMON JONES, in his<br>individual capacity; WILLIE T. SAULS,<br>JR., in his individual capacity;<br>ROLAND CLAUD, in his individual<br>Capacity; CARLOS SMITH, in his<br>individual capacity; STEVEN<br>MCKESEY, in his individual capacity;<br>SHELDON DRINKARD, in his<br>individual capacity; and JOHN DOE<br>OFFICERS 1-10, in their respective<br>individual and/or supervisory<br>capacities<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION<br><br>FILE NO. 1:21-cv-02472-TWT |

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically submitted the foregoing **JOINT MOTION REGARDING MOTION TO STAY [Doc. 70] AND RESPONSE TO MOTION TO STAY [Doc. 75]** to the Clerk of Court using the

CM/ECF system which will automatically send electronic mail notification of such filing to counsel of record who are CM/ECF participants. Counsel of record are:

Harold W. Spence, Esq.
Mawuli M. Davis, Esq.
Davis Bozeman Law Firm, P.C.
4153 – C Flat Shoals Parkway
Suite 332
Decatur, GA 30034
hspence@davisbozemanlaw.com
mdavis@davisbozemanlaw.com

L. Chris Stewart, Esq.
Stewart Miller Simmons
55 Ivan Allen Jr. Blvd.
Suite 700
Atlanta, GA 3308
cstewart@smstrial.com

R. David Ware, Esq.
Phillip E. Friduss, Esq.
Russell A. Britt, Esq.
Pearson K. Cunningham, Esq.
Hall Booth Smith, P.C.
191 Peachtree Street, NE
Suite 2900
Atlanta, GA 30303
dware@hallboothsmith.com
rbritt@hallboothsmith.com
pcunningham@hallboothsmith.com

I further certify pursuant to L.R. 7.1D that the above-titled document complies with L.R. 5.1B and was prepared using a 14 point Times New Roman font.

This 10th day of November, 2021.

        CAROTHERS & MITCHELL, LLC

        */s/ Thomas M. Mitchell*
        _____
        RICHARD A. CAROTHERS
        Georgia Bar No. 111075
        THOMAS M. MITCHELL
        Georgia Bar No. 513597
        ANGELA C. COUCH
        Georgia Bar No. 190005
        KAREN G. THOMAS
        Georgia Bar No. 295330
        Attorneys for Defendants Lonnie
        Hood, Mark Gardner, Ivory Streeter,
        Armon Jones, Willie T. Sauls, Jr., Roland
        Claud, Carlos Smith, Steven McKesey, and
        Sheldon Drinkard

1809 Buford Highway
Buford, GA   30518
T: (770) 932-3552
F: (770) 932-6348