UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| TENIYAH PILGRIM and<br>MESSIAH YOUNG, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) ) | |
| CITY OF ATLANTA, GEORGIA;<br>MAYOR KEISHA LANCE-BOTTOMS;<br>LONNIE HOOD; MARK GARDNER;<br>IVORY STREETER; ARMON JONES;<br>WILLIE T. SAULS, JR.; ROLAND<br>CLAUD; CARLOS SMITH; STEVEN<br>MCKESEY; SHELDON DRINKARD;<br>and JOHN DOE OFFICERS 1-10, | ) ) ) ) ) ) ) ) ) ) | CIVIL ACTION NO.<br>1:21-cv-02472-TWT |
| Defendants. | ) ) | |

## PLAINTIFFS' MOTION TO STRIKE EXTRINSIC MATERIALS FILED IN SUPPORT OF DEFENDANTS CITY OF ATLANTA AND MAYOR BOTTOMS' MOTION TO DISMISS

**COME NOW** Plaintiffs in the above-captioned civil action, by and through their undersigned counsel of record and hereby move to strike the new arguments and extrinsic materials filed by Defendants City of Atlanta and Mayor Bottoms (Doc. 71-1) as an exhibit to their Reply Brief filed in support of their Motion to Dismiss (Doc. 47), showing this Honorable Court that the same should be disregarded and

excluded from consideration when adjudicating Defendants' Motion to Dismiss for the reasons set forth in Plaintiffs' brief filed contemporaneously herewith.

The undersigned, in accordance with L.R. 7.1 and 5.1(C), hereby certifies that the type font used herein is 13-Point Book Antigua font.

This 12th day of <u>November</u>, 2021

<u>/s/ Dianna J. Lee</u>
L. Chris Stewart
Georgia Bar No. 142289
Justin D. Miller
Georgia Bar No. 001307
Dianna J. Lee
Georgia Bar No. 163391

**STEWART MILLER SIMMONS TRIAL ATTORNEYS**
55 Ivan Allen Jr. Blvd.
Suite 700
Atlanta, Gerogia 30308
(844) 874-2500 main
(470) 344-6719 fax
cstewart@smstrial.com
jmiller@smstrial.com
dlee@smstrial.com
*Counsel for Plaintiffs*

<pre>
                                          /s/ Harold W. Spence
                                          Harold W. Spence
                                          Georgia Bar No. 671150
                                          Mawuli M. Davis, Esq.
                                          Georgia Bar No. 212029
</pre>

**DAVIS BOZEMAN LAW FIRM, P.C.**
4153 – C Flat Shoals Parkway
Suite 332
Decatur, Georgia 30034
404-244-2004
404-244-2020 (fax)
hspence@davisbozemanlaw.com
mdavis@davisbozemanlaw.com

# CERTIFICATE OF SERVICE

I hereby certify that I have this date electronically filed the foregoing PLAINTIFFS' MOTION TO STRIKE EXTRINSIC MATERIALS FILED IN SUPPORT OF DEFENDANTS CITY OF ATLANTA AND MAYOR BOTTOMS' MOTION TO DISMISS with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record registered with the CM/ECF system.

This 12th day of November, 2021.

/s/ Dianna J. Lee
L. Chris Stewart
Georgia Bar No. 142289
Dianna J. Lee
Georgia Bar No. 163391

**STEWART MILLER SIMMONS TRIAL ATTORNEYS**
55 Ivan Allen Jr. Blvd.
Suite 700
Atlanta, Gerogia 30308
(844) 874-2500 main
(470) 344-6719 fax
cstewart@smstrial.com
jmiller@smstrial.com
dlee@smstrial.com
*Counsel for Plaintiffs*