## Attachment A

## City of Atlanta, Georgia's Witness List

**Witness:**

**Knowledge of Underlying Incident**
Tanyiah Pilgrim
Messiah Young
Officer Lonnie Hood
Officer Mark Gardner
Officer Ivory Streeter
Officer Armon Jones
Officer Willie T. Sauls, Jr.
Officer Roland Claud
Officer Carlos Smith
Officer Steven McKesey
Officer Sheldon Drinkard
Supervisory personnel reviewing underlying incident identified in relevant documentation
Mayor Keisha Lance Bottoms
Erika Shields

**Knowledge of Review of Prior Incidents**
Prior Chiefs of Police identified in Complaint
Supervisory personnel identified in documentation relative to prior incidents identified in Complaint