# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| TANIYAH PILGRIM and MESSIAH YOUNG,<br><br>　Plaintiffs,<br><br>v.<br><br>CITY OF ATLANTA, GEORGIA; KEISHA LANCE BOTTOMS, in her individual and official capacity as the Mayor of the City of Atlanta; LONNIE HOOD, in his individual and supervisory capacity; MARK GARDNER, in his individual capacity; IVORY STREETER, in his individual capacity; ARMON JONES, in his individual capacity; WILLIE T. SAULS, JR., in his individual capacity; ROLAND CLAUD, in his individual capacity, CARLOS SMITH, in his individual capacity; STEVEN MCKESEY, in his individual capacity; SHELDON DRINKARD, in his individual capacity; and JOHN DOE OFFICERS 1-10, in their respective individual and/or supervisory capacities,<br><br>　Defendants. | **CIVIL ACTION**<br><br>**FILE NO. 1:21-cv-02472-TWT** |

## NOTICE OF VIDEO-TAPED DEPOSITION OF ARMON JONES

TO: The Clerk of Court and All Parties of Record:

　PLEASE TAKE NOTICE that, on November 17, 2022 beginning at 1:00 p.m.

at Hall Booth Smith, P.C., 191 Peachtree Street, NE Suite 2900, Atlanta, GA 30303,

the undersigned counsel for plaintiff will proceed to take the deposition of Lonnie Hood upon oral examination pursuant to Federal Rules of Civil Procedure Rule 30. This deposition will be taken before a certified court reporter or some other officer duly authorized by law to take depositions and will continue from day to day, until its completion. The deposition will be recorded by stenographic means and videotape. This deposition will be taken for all purposes permitted under the Federal Rules of Civil Procedure.

Respectfully Submitted, this 10th day of November, 2022.

STEWART TRIAL ATTORNEYS

By: /s/ Dianna J. Lee
L. Chris Stewart
Georgia Bar No. 142289
Justin D. Miller
Georgia Bar No. 001307
Dianna J. Lee
Georgia Bar No. 163391
*Counsel for Plaintiff Pilgrim*

**STEWART MILLER SIMMONS TRIAL ATTORNEYS**
55 Ivan Allen Jr. Blvd.
Suite 700
Atlanta, Gerogia 30308
(844) 874-2500 main
(470) 344-6719 fax
cstewart@smstrial.com
jmiller@smstrial.com
dlee@smstrial.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| TANIYAH PILGRIM and MESSIAH YOUNG,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF ATLANTA, GEORGIA; LONNIE HOOD, in his individual and supervisory capacity; MARK GARDNER, in his individual capacity; IVORY STREETER, in his individual capacity; ARMON JONES, in his individual capacity; WILLIE T. SAULS, JR., in his individual capacity; ROLAND CLAUD, in his individual capacity, CARLOS SMITH, in his individual capacity; STEVEN MCKESEY, in his individual capacity; SHELDON DRINKARD, in his individual capacity; and JOHN DOE OFFICERS 1-10, in their respective individual and/or supervisory capacities,<br><br>    Defendants. | **CIVIL ACTION NO.**<br><br>**1:21-CV-02472-TWT** |

## CERTIFICATE OF SERVICE

Comes now Plaintiff, Taniyah Pilgrim, in the above-styled action, pursuant to Rule 26.3 of the Local Rules of the United States District Court, Northern District of Georgia, and provides notice that all counsel of record were served with the following:

1. Plaintiff's Notice of Deposition for Armon Jones.

The undersigned, in accordance with L.R. 7.1 and 5.1 hereby certifies that the type font used herein is 14-Point Times New Roman font.

Respectfully Submitted, this 10th day of November, 2022.

                                                **STEWART MILLER SIMMONS TRIAL ATTORNEYS**

                                                /s/ Dianne Lee
                                                Dianne J. Lee
                                                Georgia Bar No. 163391
                                                L. Chris Stewart
                                                Georgia Bar No. 142289
                                                Justin Miller
                                                Georgia Bar No. 001307
                                                Attorneys for Plaintiff

55 Ivan Allen Jr. Blvd, Suite 700
Atlanta, Georgia 30308
(404) 529-3476
jmiller@smstrial.com
cstewart@smstrial.com
dlee@smstrial.com

# **CERTIFICATE OF SERVICE**

This is to certify that I have this day served counsel for the opposing party in the foregoing matter with a copy of this document by filing with CM/ECF, as prescribed by the Court, which will deliver electronic notification of same to the following:

Harold W. Spence, Esq.

Mawuli M. Davis, Esq.

Davis Bozeman Law Firm, P.C.
4153 – C Flat Shoals Parkway
Suite 332

Decatur, GA 30034
hspence@davisbozemanlaw.com
mdavis@davisbozemanlaw.com

Thomas E. Mitchell, Esq.

Carothers & Mitchell, LLC

1809 Buford Highway

Buford, Ga 30518

Thomas.mitchell@carmitch.com

R. David Ware, Esq.
Phillip E. Friduss, Esq.
Russell A. Britt, Esq.
Pearson K. Cunningham, Esq.
Hall Booth Smith, P.C.
191 Peachtree Street,
NE Suite 2900
Atlanta, GA 30303
dware@hallboothsmith.com
rbritt@hallboothsmith.com
pcunningham@hallboothsmith.com

Respectfully Submitted, this 10th day of November, 2022.

**STEWART MILLER SIMMONS TRIAL ATTORNEYS**

/s/ Dianne Lee
Dianne J. Lee
Georgia Bar No. 163391
L. Chris Stewart
Georgia Bar No. 142289
Justin Miller
Georgia Bar No. 001307
Attorneys for Plaintiff

55 Ivan Allen Jr. Blvd, Suite 700
Atlanta, Georgia 30308
(404) 529-3476
jmiller@smstrial.com
cstewart@smstrial.com
dlee@smstrial.com