IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TANIYAH PILGRIM and MESSIAH YOUNG, )<br>)<br>Plaintiffs )<br>)<br>vs. )<br>)<br>CITY OF ATLANTA, GEORGIA; )<br>Former Atlanta Chief of Police ERIKA )<br>SHIELDS, in her individual and )<br>official capacities, LONNIE HOOD, in )<br>his individual capacity, MARK )<br>GARDNER, in his individual capacity, )<br>IVORY STREETER, in his individual )<br>capacity, ARMON JONES, in his )<br>individual capacity, WILLIE T. )<br>SAULS, JR., in his individual capacity, )<br>ROLAND CLAUD, in his individual )<br>capacity, CARLOS SMITH, in his )<br>individual capacity, STEVEN )<br>MCKESEY, in his individual capacity, )<br>SHELDON DRINKARD, in his )<br>individual capacity,  and ORLANDO )<br>COOPER, in his individual capacity, )<br>)<br>Defendants. | CIVIL ACTION NO.<br>1:21-cv-02472-TWT |

**STATUS UPDATE ON SETTLEMENT**

**COME NOW**, Counsel for the Plaintiffs and City of Atlanta in the above-referenced action and provide this update to the Court on the Status of the parties' settlement of this action.

On August 26, 2024, an Order designated as Doc. 256 was submitted to the Court. This Order stated, in pertinent part, that in view of the settlement of this action the Parties would have up to and including August 9, 2024 to file a Stipulated Agreement and Dismissal.

Upon the Parties' settlement of the case approval of the settlement was required by the City of Atlanta's Public Safety Committee and the Atlanta City Council. Both of those approvals have occurred. The Parties have now agreed upon the terms of a Release and the Release has been executed and returned to Counsel for Defendant City of Atlanta.

The Parties are now awaiting payment of settlement funds and anticipate that such payment will be tendered to the Plaintiffs by Defendant City of Atlanta by September 17, 2024. In view of this timetable, the Parties respectfully request up to and including September 17, 2024 to file a Stipulated Agreement and Dismissal.

Respectfully submitted this 27th of August, 2024.

Prepared By:

/s/Harold W. Spence
Harold W. Spence
Georgia State Bar No. 671150
Mawuli M. Davis
Georgia State Bar No. 940708
*Attorneys for Plaintiff Messiah Young*

**DAVIS BOZEMAN LAW FIRM, P.C.**
4153-C Flat Shoals Pkwy
Decatur, GA 30034
Telephone: (404) 244-2004
Facsimile: (404) 244-2020
hspence@davisbozemanlaw.com
mdavis@davisbozemanlaw.com

Consented By:

/s/L. Chris Stewart
L. Chris Stewart
Georgia State Bar No. 142289
Dianna J. Lee
Georgia State Bar No. 163391
*Attorney for Plaintiff Taniyah Pilgrim*

**STEWART MILLER SIMMONS TRIAL ATTORNEYS**
55 Ivan Allen Jr. Blvd.
Suite 700
Atlanta, Georgia 30308
(844) 874-2500 main
(470) 344-6719 fax
cstewart@smstrial.com

/s/R. David Ware
R. David Ware
Georgia State Bar No. 737756
Phillip E. Friduss
Georgia State Bar No.277220
Nicholas A. Kinsley
Georgia State Bar No.273862
*Attorney for Defendant City of Atlanta*

**HALL BOOTH SMITH, P.C.**
191 Peachtree St NE
Suite 2900
Atlanta, Georgia 30303
(404) 954 - 5000 main
(404) 954 - 5020 fax
dware@hallboothsrnith.com
pfriduss@hallboothsrnith.com
nkinsley@hallboothsrnith.com

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| TANIYAH PILGRIM and MESSIAH YOUNG,<br><br>Plaintiffs<br><br>vs.<br><br>CITY OF ATLANTA, GEORGIA; Former Atlanta Chief of Police ERIKA SHIELDS, in her individual and official capacities, LONNIE HOOD, in his individual capacity, MARK GARDNER, in his individual capacity, IVORY STREETER, in his individual capacity, ARMON JONES, in his individual capacity, WILLIE T. SAULS, JR., in his individual capacity, ROLAND CLAUD, in his individual capacity, CARLOS SMITH, in his individual capacity, STEVEN MCKESEY, in his individual capacity, SHELDON DRINKARD, in his individual capacity, and ORLANDO COOPER, in his individual capacity,<br><br>Defendants. | CIVIL ACTION NO. 1:21-cv-02472-TWT |

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically submitted the foregoing **STATUS UPDATE ON SETTLEMENT** to the Clerk of Court using the CM/ECF

system which will automatically send electronic mail notification of such filing to the following counsel of record:

R. David Ware, Esq.
Phillip E. Friduss, Esq.
Russell A. Britt, Esq.
Nicholas A. Kinsley, Esq.
**HALL BOOTH SMITH, P.C.**
191 Peachtree Street, N.E.
Suite 2900
Atlanta, Georgia 30303
dware@hallboothsrnith.com
pfriduss@hallboothsrnith.com
rbritt@hallboothsmith.com
nkinsley@hallboothsrnith.com
*Counsel for Defendant City of Atlanta*

Thomas E. Mitchell, Esq.
Richard A. Carothers, Esq.
**CAROTHERS & MITCHELL, LLC**
1809 Buford Highway
Buford, Georgia 30518
thomas.mitchell@carmitch.com
richard.carothers@carmitch.com
*Counsel for Defendants Lonnie Hood,
Mark Gardner, Ivory Streeter, Annon
Jones, Willie T. Sauls, Jr., Roland
Claud, Carlos Smith, Steven McKesey,
and Sheldon Drinkard*

Karen E. Woodward, Esq.
Edward Greenblat, Esq.
**CRUSER, MITCHELL, NOVITZ, SANCHEZ, GASTON, & ZIMET, LLP**
Meridian II, Suite 200
275 Scientific Drive
Peachtree Corners, GA 30092
kwoodard@cmlawfirm.com
egreenblat@cmlawfirm.com
*Counsel for Defendant Orlando Cooper*

L. Chris Stewart, Esq.
Justin D. Miller, Esq.
Dianna J. Lee, Esq.
**STEWART MILLER SIMMONS TRIAL ATTORNEYS**
55 Ivan Allen Jr. Blvd.
Suite 700
Atlanta, Gerogia 30308
(844) 874-2500 main
(470) 344-6719 fax
cstewart@smstrial.com
jmiller@smstrial.com
dlee@smstrial.com
*Counsel for Plaintiff Taniyah Pilgrim*

This 27th of August, 2024.

/s/Harold W. Spence
Harold W. Spence
Georgia State Bar No. 671150
Mawuli M. Davis
Georgia State Bar No. 940708
*Attorneys for Plaintiff Messiah Young*

**DAVIS BOZEMAN LAW FIRM, P.C.**
4153-C Flat Shoals Pkwy
Decatur, GA 30034
Telephone: (404) 244-2004
Facsimile: (404) 244-2020
hspence@davisbozemanlaw.com
mdavis@davisbozemanlaw.com